IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES DOLIS, R42411, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-cv-00819-JPG-PMF |
| ) | |
| BRAD ROBERT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 76) of Magistrate Judge Philip M. Frazier with regard to Defendants' Amended Motion for Summary Judgment (Doc. 66). The Plaintiff did not file any objections to the R & R.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 76) and **DENIES** Defendants qualified immunity. The Court **GRANTS** Defendants' Motion (Doc. 66) for Summary Judgment as to the due process claim and **DENIES** the Motion (Doc. 66) for Summary Judgment as to the retaliation claim.

IT IS SO ORDERED.

DATED: 1/13/2015             s/J. Phil Gilbert
                             **J. PHIL GILBERT**
                             **DISTRICT JUDGE**