IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES DOLIS, R42411, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 12-cv-00819-JPG-PMF |
| ) | |
| BRAD ROBERT, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff James Dolis' Motion for Summary Judgment (Doc. 78) and Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. 79).

The deadline for filing dispositive motions in this matter was November 4, 2013. Defendants sought, and were granted, leave to file a Supplemental Motion for Summary Judgment (Doc. 63). Plaintiff, however, has not sought leave of court to file a dispositive motion out-of-time and has not provided any justification why his neglect should be excused.

As such, Defendants' Motion to Strike Plaintiff's Motion for Summary Judgment (Doc. 79) is **GRANTED** and the Clerk of Court is **DIRECTED** to **STRIKE** Plaintiff James Dolis' Motion for Summary Judgment (Doc. 78).

**IT IS SO ORDERED.**

**DATED:**  6/25/2015            *s/J. Phil Gilbert*
                                **J. PHIL GILBERT**
                                **DISTRICT JUDGE**